# United States District Court

<u>      EASTERN      </u> **DISTRICT OF** <u>      TENNESSEE      </u>

THE ESTATE OF LEEROY HICKMAN, JR.,      JUDGMENT IN A CIVIL CASE

      V.

DOUG MOORE, *et al.*,      CASE NUMBER: 3:09-cv-69
*Consolidated with*
3:09-CV-102

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all claims against defendants Craig, Berkley, Gilmore, and Blount County are dismissed with prejudice for the reasons set forth in the Court's January 14, 2011 memorandum opinion [Doc. 141].

    March 21, 2011                              Patricia L. McNutt, Clerk
Date

                                           By     s/ A. Brush
                                           Deputy Clerk